1 LARA PEARSON (Nevada Bar # 7132)
LAW OFFICE OF LARA PEARSON, LTD.
2 774 Mays Blvd., No. 10, PMB 405
Incline Village, NV 89451
3 Phone 775.833.1600
Fax 775.833.1474

4 Of Counsel:
MICHAEL J. McCUE (Nevada Bar # 6055)
5 LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Ste. 600
6 Las Vegas, Nevada 89109
Phone 702.949.8200
7 Fax 702.949.8363

8 Attorneys for Plaintiffs

9

**UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11

| DAVID and INGRID BURGESS, husband | CASE NO. CV-N-03-0707-DWH (RAM) |
| and wife, and SHERWIN M. FELLEN, an individual, | |
| | |
| Plaintiffs, | **PLAINTIFFS' MOTION FOR CONTEMPT** |
| | |
| vs. | |
| | |
| L. LANCE GILMAN, CASH ADMINISTRATION SERVICES, LLC, CASH MANAGEMENT SERVICES, LLC CASH PROCESSING SERVICES, LLC and CASH ASSET MANAGEMENT SERVICES, LLC | **ORIGINAL** |
| | |
| Defendants, | |
| | |
| AND RELATED COUNTERCLAIMS | |

Plaintiffs David and Ingrid Burgess and Sherwin M. Fellen ("the Burgesses") move this Court for an order holding Defendants L. Lance Gilman, Cash Administration Services, LLC, Cash Management Services, LLC and Cash Processing Services, LLC ("the Gilman Parties") in contempt and sanctioning them for their failure to comply with the preliminary injunction order. (See Order # 101 at 11.) The Burgesses also seek an award of the fees and costs that they incurred with their attempts to gain the Gilman Parties' compliance with the preliminary injunction order, including, without limitation,

The Law Office of
Lara Pearson, Ltd.
774 Mays Blvd., No. 10
PMB 405
Incline Village, NV 89451

-1-

the fees associated with the filing of this motion. The Burgesses' points and authorities in support of this motion are set forth below.

## FACTUAL AND PROCEDURAL BACKGROUND

This action involves a dispute over the ownership of the Mustang Ranch trademark ("the Mark") for use in connection with brothel services. Both parties claim ownership of the Mark and the parties each asserted claims against one another for trademark infringement among other claims.

On December 21, 2004, the Burgesses filed a motion for a preliminary injunction seeking to enjoin the Gilman Parties from using the Mark. The Gilman Parties filed an opposition on December 27, 2004 and the Burgesses' filed their reply on December 29, 2004. The Court held a hearing on December 30, 2004, at which time the Court granted the Burgesses' motion for preliminary injunction. The Order enjoined the Gilman Parties, their officers, agents, servants, employees, and attorneys from using the Mark in connection with brothel services. See Order # 101.

On December 30, 2004, the Gilman Parties filed a motion for clarification of the preliminary injunction Order. In response, the Court ruled that the preliminary injunction enjoined the Gilman Parties from using the Mark in connection with a brothel and ordered that any such use of the Mark must stop immediately. (See Order # 107 at 2.) The Court further ordered that use of the Mark was to be discontinued on "signs and the use of the mark to represent the brothel in any way." Id.

Despite the preliminary injunction Order, the Gilman Parties continue to use the Mark in current live telephone listings advertised on the internet, as well as in the new print versions of the SBC Nevada white and yellow pages. Although the Gilman Parties disconnected one phone number that was used in connection with their non-existent Mustang Ranch brothel (788.4132), they are now advertising a new phone number in connection with this non-existent brothel (343-1888), as well as using the phone number for the Wild Horse brothel (788.4137) in connection with advertisements for their non-existent Mustang Ranch brothel  See Pearson Decl. Exhs. A, B.

In an effort to remedy this situation absent Court intervention, the Burgesses' counsel contacted defense counsel, Elaine Guenaga, in writing on January 20, 2005 to inform Ms. Guenaga that her clients were in violation of the Court's preliminary injunction order. <u>See</u> Pearson Decl. Exh. C. Ms. Guenaga's co-counsel, Kirstin Jahn, responded to Ms. Pearson's January 20 correspondence on January 22, 2005, although Ms. Jahn's correspondence addressed only some of the continuing uses made by her clients. <u>See</u> <u>Id.</u> Thus, Ms. Pearson contacted Ms. Jahn again regarding this matter on February 21, 2005, to which Ms. Jahn responded on February 22, 2005. <u>See</u> <u>Id.</u> Further, Ms. Jahn and Ms. Pearson discussed this matter (among others) during a meet and confer phone conference that occurred on February 22, 2005.

It appears that the Gilman Parties recently removed their various Mustang Ranch internet websites, as well as the www.worldpages.com advertisements in response to Ms. Pearson's February 22, 2005 correspondence. However, the Gilman Parties continue to advertise a Mustang Ranch brothel on www.superpages.com (<u>see</u> Pearson Decl. Exh. A) and www.smartpages.com (<u>see</u> Pearson Decl. Exh. B), as well as maintaining a new live Mustang Ranch phone number, which is listed in the current SBC Nevada white and yellow pages. <u>See</u> Pearson Decl. Exh. D.

## POINTS AND AUTHORITIES

### I.    The Gilman Parties Should be Held in Contempt

#### a.    Standard for Contempt

Federal courts have inherent power to punish for contempt. <u>See</u> <u>Lambert v. Montana</u>, 545 F.2d 87 (9th Cir. 1976). As the Ninth Circuit has stated, "civil contempt sanctions . . . are employed for two purposes: to coerce the defendant into compliance with the court's order, and to compensate the complainant for losses sustained." <u>Whittaker Corp. v. Execuair Corp.</u>, 953 F.2d 510, 517 (9th Cir. 1992) (citing <u>United States v. United Mine Workers of America</u>, 330 U.S. 258, 303-304, 67 S. Ct. 677, 701-02 (1947)).

In addition to a finding of contempt, the Burgesses should also be awarded their

reasonable attorney's fees which were incurred in prosecuting the Gilman Parties' contempt and enforcement of the preliminary injunction order. <u>See</u> Perry v. O'Donnell, 759 F.2d 702, 705 (9th Cir. 1985) (holding that attorney's fees must be expended to bring a violation of an order to the court's attention, and therefore, a "trial court should have the discretion to analyze each contempt case individually and decide whether an award of fees and expenses is appropriate as a remedial measure").

### b. The Gilman Parties are in Violation of the Preliminary Injunction

The Gilman Parties continue to use the Mark in violation of the Court's order. As evidenced in the exhibits attached hereto, the Gilman Parties continue to use the Mark in live telephone listings.

### 1. The Gilman Parties Continue to Use the Mark in Online Telephone Directories

Although the Court enjoined the Gilman Parties from using the Mustang Ranch Mark, they continue to use it in connection with telephone listings that are advertised on the internet. The telephone listings featured on the superpages.com website includes a listing for "Mustang Ranch" that direct callers to the Wild Horse brothel, which is owned by the Gilman Parties. <u>See</u> Pearson Decl. Exh. A. Specifically, the superpages.com website features a listing for a business identified as "Mustang Ranch & Wild Horse Resort and Spa – Wild Horse" that lists a telephone number of 775.788.4137. This telephone number goes to the Wild Horse brothel. Pearson Decl. ¶ 7.

A trademark is deemed to be used in commerce "when it is used or displayed in the sale or advertising of services and the services are rendered in commerce. . . [.]" 15 U.S.C. § 1127. Telephone directories such as those featured on the superpages.com and smartpages.com websites function as advertisements for businesses, and therefore constitute service mark use. The Gilman Parties' defense counsel, Kirstin Jahn, even acknowledged that telephone directory use is service mark use during her oral argument in opposition to the Burgesses' preliminary injunction motion. <u>See</u> Pearson Decl. Exh. E. Thus, as a matter of law, the Gilman Parties are using the Mark in commerce in connection with a brothel. As discussed above, the Court's Order enjoined the Gilman Parties from

using the Mark "to represent the brothel in any way." (See Order # 107 at 2.)
Accordingly, the Gilman Parties continue to use the Mark in violation of this Court's
order.

### 2.   The Gilman Parties Continue to Use the Mark in Print Telephone Directories

Although the Court enjoined the Gilman Parties from using the Mark, they
continue to use it in connection with print telephone directory listings. The November
2004 telephone book was distributed in February, 2005. This phone book contains a new
phone number for the Gilman Parties' Mustang Ranch brothel. See Pearson Decl. Exh. D.
Despite being informed that this new phone number violates the preliminary injunction
against them, the Gilman Parties have not disconnected this phone number, which goes to
an answering machine. See Pearson Decl. ¶ 9.

### 3.   The Gilman Parties Continue to Use the Mark on Signage

In addition to their continued use of the Mark in telephone directories, the Gilman
Parties continue to use the Mark on a sign that is located in close proximity to their open
and operating Wild Horse brothel. Subsequent to the Court's Order of December 30,
2004, the Gilman Parties erected an electric sign that features the wording "Mustang
Ranch" together with the logo used by the previous owners and operators of the Mustang
Ranch brothel. See Pearson Decl. Exh. F. Shortly after erecting the sign, the word
"Mustang" was covered with a section of plywood. The mere act of covering the word
"Mustang" fails to fully comply with the Court's order of December 30, 2004, as the sign
still conveys to consumers that the brothel is or will be named "Mustang Ranch."

## II.   The Burgesses Should be Awarded Attorney Fees and Costs

The Burgesses filed a motion for a preliminary injunction in order to prevent
monetary loss due to the Gilman Parties' infringing use of the Mark. The Burgesses have
tried for more than a month to obtain the Gilman Parties' compliance with the Court's
preliminary injunction order. The Burgesses' efforts were not successful, except in respect
to the use of certain domain names and internet advertising on one website
(www.worldpages.com). The Burgesses have incurred fees and costs that would not have

1   been necessary had the Gilman Parties fully complied with the Court's order.

2   Additionally, the Burgesses seek any and all remedies that the Court deems appropriate to

3   compel the Gilman Parties to comply with its preliminary injunction order of December

4   30, 2004.

### Conclusion

The Court should grant the Plaintiffs' Motion for Contempt.

Dated this 7th day of March, 2005.

LAW OFFICE OF LARA PEARSON, LTD.

By: _____
    Lara Pearson (Nevada Bar No. 7132)
    774 Mays Blvd., No.10, PMB 405
    Incline Village, NV 89451
    Tel: 775.833.1600
    Fax: 775. 833.1474

Of counsel:
    Michael J. McCue (Nevada Bar No. 6055)
    LEWIS AND ROCA LLP, Suite 600
    3993 Howard Hughes Parkway
    Las Vegas, Nevada 89109
    Tel:  702.949.8224
    Fax: 702.949.6383

    Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of The Law Office of Lara Pearson, Ltd., and on this 7th day of March, 2005 I served by United States mail, first class postage prepaid, a true and accurate copy of **PLAINTIFFS' MOTION FOR CONTEMPT** on the following counsel of record:

Mark H. Gunderson, Esq.
Mark H. Gunderson, Ltd.
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511

Kirstin M. Jahn
Jahn & Associates, LLC
565 California Ave.
Reno, Nevada 89509

**On behalf of Defendants L. Lance Gilman, Cash Administration Services, LLC, Cash Management Services, LLC, Cash Processing Services, LLC and Cash Asset Management Services, LLC**

Dated this 7th day of March, 2005.

Lara Pearson

1    LARA PEARSON (Nevada Bar # 7132)
     LAW OFFICE OF LARA PEARSON, LTD.
2    774 Mays Blvd., No. 10, PMB 405
     Incline Village, NV 89451
3    Phone  775.833.1600
     Fax 775.833.1474

4    Of Counsel:
     MICHAEL J. McCUE (Nevada Bar # 6055)
5    LEWIS AND ROCA LLP
     3993 Howard Hughes Parkway, Ste. 600
6    Las Vegas, Nevada  89109
     Phone 702.949.8200
7    Fax 702.949.8363

     Attorneys for Plaintiffs
8
                    UNITED STATES DISTRICT COURT
9
                        DISTRICT OF NEVADA
10

11   DAVID and INGRID BURGESS, husband
     and wife, and SHERWIN M. FELLEN, an        CASE NO.CV-N-03-0707- DWH-RAM
12   individual,

13                Plaintiffs,

14      vs.                                      DECLARATION OF LARA PEARSON
                                                 FILED IN SUPPORT OF
15   L. LANCE GILMAN, CASH                       PLAINTIFFS' MOTION FOR
     ADMINISTRATION SERVICES, LLC,               CONTEMPT
16   CASH MANAGEMENT SERVICES,
     LLC,
     and CASH PROCESSING SERVICES,
17   LLC

18                Defendants,

19   CASH PROCESSING SERVICES, LLC
                         Counterclaimants,
20
        vs.
21
     DAVID and INGRID BURGESS, and
22   SHERWIN M. FELLEN,
                         Counterdefendants.

23

24

25

                                1

I, Lara Pearson, declare under penalty of perjury under the laws of the United States that the following is true and correct:

1.    I am employed by the Law Office of Lara Pearson, Ltd., which is located at 760 Mays Blvd., No. 19, Incline Village, Nevada, 8945. I am counsel of record for the Plaintiffs in this action. This declaration is based upon my personal knowledge.

2.    I certify that I have in good faith corresponded and conversed with defense counsel, Kirstin Jahn, in an effort to resolve this dispute absent court intervention. However, my sincere efforts to settle the dispute have been unsuccessful.

3.    Attached hereto as Exhibit A is a true and accurate copy of the Gilman Parties' Mustang Ranch internet telephone directory advertisements from www.superpages.com, which list the Mustang Ranch with an address of 1000 Wild Horse Drive in Reno, Nevada, 89451 and a phone number of 775.788.4137 (which is disconnected) or 775.788.4137 (which goes to the Wild Horse brothel).

4.    Attached hereto as Exhibit B is a true and accurate copy of the Gilman Parties' Mustang Ranch internet telephone directory advertisements from www.smartpages.com, which list the Mustang Ranch with an address of 1101 Wild Horse Drive, Sparks Nevada, 89434, with a phone number of 775.343.1888.

5.    Attached hereto Exhibit C are a true and accurate copies of the correspondence that I sent to defense counsel, Elaine Guenaga and Kirstin Jahn, to inform them that the Gilman Parties were in contempt of the Court's preliminary injunction order and the responses that I received thereto.

6.    Attached hereto Exhibit D are a true and accurate copies of the SBC Nevada white and yellow page listing for the Gilman Parties' Mustang Ranch brothel. The listing states that the Mustang Ranch is located at 1011 Wild Horse Canyon Drive in Sparks, Nevada 89434, and lists a phone number of 775.343.1888.

7.    Upon information and belief, the phone number 775.788.4137 is the phone number of the Wild Horse brothel, which is owned by one or more of the Gilman Parties.

The Law Office of
Lara Pearson, Ltd.
760 Mays Blvd., No. 10
PMB #05
Incline Village, NV 89451

8.    Attached hereto as Exhibit E is a true and accurate copy of the portion of the December 30, 2004 preliminary injunction hearing during which defense counsel, Kirstin Jahn. stated that telephone directory advertising constitutes service mark use.

9.    Upon information and belief, the phone number 775.343.1888 is answered by an answering machine that states, "Hi.  You have reached 343.1888.  Please leave a message after the tone.  Thank you."

10.    Attached hereto as Exhibit F is a true and accurate copy of a photograph of the Gilman Parties' electric Mustang Ranch sign, which incorporates the logo used by the prior owners of the Mustang Ranch brothel.  As the sign is only partially covered up, it still conveys the overall commercial impression of the Mustang Ranch mark.

Dated this 7th day of March, 2005.

By: _____
    LARA PEARSON

The Law Office of
Lara Pearson, Ltd.
774 Mays Blvd., No. 10
PMB 465
Incline Village, NV 89451



**JEA Gear**
Jealously, Envy Always. Bringing You The Latest In Urban Fashion. Providing Better Service, Highest Quality & Products At Affordable Prices.
phone
📷 www.jeagear.com

**Fashionable savings for you and your hom**
Beautiful, flattering fashions that take you wor and everywhere in between. Your satisfaction absolutely!
phone
📷 www.blair.com

Home ➡ Yellow Pages ➡ **Mustang ranch (1 - 5 of 5)**

Showing Yellow Pages results for "mustang ranch"

More results ▶ ▶

**3 NEW SHOPPING SECTIONS**

Yellow Pages   Merchandise   eBay Results   Web Results

◐ **Show:** In Reno NV only                    ◐ **Map:** Show Results on Map

Listings

**Mustang Ranch**
1360 Skyline Boulevard, Reno, NV 89509
phone | map | save

**Mustang Ranch**
Reno, NV 89509
phone | map | save

**Mustang Ranch**
1000 Wild Horse Canyon Drive, Reno, NV 89501
(775) 788-4132
phone | map | save

**Mustang Ranch & Wild Horse Resort and Spa - Mustang Ranch**
Reno, NV 89501
(775) 788-4132
phone | map | save

**Mustang Ranch & Wild Horse Resort and Spa - Wild Horse**
Reno, NV 89501
(775) 788-4137
phone | map | save

◐ **Show:** In Reno NV only              ◐ **Map:** Show Results on Map

Help

1 - 5 of 5

data by ACXIOM   Copyright © 2005 Acxiom.

## Search Again

1. Type of Search
   Yellow Pages ▼

2. Keyword (browse)
   _____
   or Business Name
   mustang ranch

3. City
   reno

4. and State or Nationwide
   Nevada ▼

   **Find It** | Search Tips

**Other Yellow Pages searches:**
- Map-Based Search
- Search By Distance
- Advanced Search
- Category Search
- Reverse Lookup
- University Search

## Related Categories

Shopping
   Specialty Stores
      Clothing & Accessories
Clothing & Accessories
   Clothing Accessories Retail (2)
Nonclassified Establishments (1)



# SMARTpages.com®

Your online Yellow Pages - and more!℠

 **Select**

**Home** | **Find a Person** | **Address Book** | **Driving Directions** | **Business Guides** | **City Guides** | **Life Events**

○ Business Type ⬅OR➡ ◉ Business Name    City (or ZIP or Area Code)    State    ▶ **Search**

NV ▾    ▶ **More S**

Find | mustang ranch



**Advertise on SMARTpages.com!**

**Search Options**
- New Search
- Near An Address
- By ZIP Code
- By Area Code
- Recent Searches

## Businesses Found: 4

Results for "mustang ranch" in "NV".

(Showing 1-4)    Revise Sort Order  (

Jump to: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

**ALL LISTINGS**

### Mustang Ranch The
1011 Wild Horse Canyon Dr, Sparks, NV 89434

**(775) 343-1888**

Map  Driving Directions  Search Nearby  Save Address

### Mustang Ranch Brothel
4756 Peri Ranch Rd, Sparks, NV 89434

**(775) 342-0176**

Map  Driving Directions  Search Nearby  Save Address

### Mustang Ranch
Serving Your Area

**(775) 825-2682**

Save Address

### Mustang Ranch
1011 Wild Horse Canyon Dr, Sparks, NV 89434

**(775) 343-1888**

Map  Driving Directions  Search Nearby  Save Address

(Showing 1-4)

Purchase a mailing list from InfoUSA



**Select** ↕

Home | Find a Person | Address Book | Driving Directions | Business Guides | City Guides | Life Events | Shoppir
Help | Contact Us | About SMARTpages.com | Privacy Policy | Job Opportunities | Internet Services | Internationa

© 2004 SBC Knowledge Ventures, L.P. All rights reserved
SBC  the SBC logo, SMARTpages, SMART Yellow Pages and other product names are trademarks of SBC Knowledge Ventures, L.P. and/or its affili
Some of the business information provided by InfoUSA Omaha, Nebraska.

SMARTpages.com® contains links to Web sites that are owned and/or operated by other parties.
The linked sites are not under our control, are not endorsed by us, and we are not responsible for their content.



L A W   O F F I C E   O F
# Lara Pearson, LTD.
FOCUSING EXCLUSIVELY ON INTELLECTUAL PROPERTY LAW

January 20, 2005

Sent via e-mail to: eguenaga@gundersonlaw.com and by facsimile to: 829.1222

Ms. Elaine Guenaga
Mark H. Gunderson, Ltd.
5345 Kietzke Lane, Ste. 200
Reno, NV 89511

Re:   Burgess v. Gilman, Gilman's failure to comply with the preliminary injunction

Dear Elaine:

I hope this correspondence finds you doing well. I am writing to inform you that your client is not in compliance with the preliminary injunction order issued by Judge Hagen on December 30, 2004, which was clarified on January 11, 2005. The Order granting your motion for clarification requires that your clients' "[u]se of the Mustang Ranch mark [is to] stop immediately. Such usage includes *but is not limited to* the use of the mark on signs and the use of the mark to represent the brothel in anyway."

Your client has had ample time to comply with the order, yet it appears that instead of complying with the order, your client is instead increasing its use of the MUSTANG RANCH mark. Specifically, I understand that just yesterday your clients installed a new electric MUSTANG RANCH sign on their property. Moreover, Mr. Gunderson sent correspondence to Storey County Commissioners on Tuesday requesting that the County license your clients for use of the MUSTANG RANCH mark for a museum and souvenir shop (both of which clearly relate to the brothel, contrary to Mr. Gunderson's assertions).

Further, today I found all 3 of your clients' Mustang Ranch/Wild Horse ranch worldpages.com advertisements still in place, as well as 2 Verizon www.superpages.com® MUSTANG RANCH/Wild Horse listings. Your client also continues to use all 5 of its MUSTANG RANCH websites, specifically: www.the-mustang-ranch.com; www.nevadamustangranch.com; www.themustangranchbrothel.com; www.worldfamousmustangbrothel.com; and www.worldfamousmustangranchbrothel.com, which now contain news accounts of your clients' October 16, 2003 purchase from the BLM, as well as promotion of your clients' souvenir sales. Specifically, the last 2 lines of all of these websites state, "[t]he Wild Horse Ranch is currently selling special collector edition items for the World Famous Mustang Ranch. Just contact the Wild Horse Ranch today at 775.343.1224 ask for Susan . . ." I also understand that your

1

ph 775.833.1600 / fax 775.833.1474
email lpearson@secur-ip.com / website www.secur-ip.com
774 Mays Blvd. No. 10. PMB 405. Incline Village; NV 89451

Although you filed a Motion for Reconsideration, I do not believe that such filing does stays the preliminary injunction entered against your client. Accordingly, if you do not confirm your client's cessation of ALL of its uses of the MUSTANG RANCH mark by noon on Monday, January 24, 2005, including serving us with a copy of the accounting you are required to file with the Court, we will seek to hold your client in contempt, and we will seek our attorneys' fees for doing so.

Sincerely,

Lara Pearson

cc: Kirstin Jahn
    David Burgess
    Troy Regas
    Michael McCue

2

# JAHN & ASSOCIATES

KIRSTIN M. JAHN~

PRACTICING PRIMARILY INTELLECTUAL PROPERTY LAW

NEVADA OFFICE:
265 California Ave
Reno, NV 89509
Tel: 775-329-3292
Fax: 775-349-7777

COLORADO OFFICE:
1942 Broadway Ave
Suite 314
Boulder, CO 80302
Tel: 303-545-6123
Fax: 303-545-0494

PARALEGAL
Tina V. Mosaic

Licensed to:
• New York
• Nevada
• Colorado

January 22, 2005

_Via Fax_

Lara Pearson
774 Mays Blvd. No. 10
PMB 405
Incline Village, NV 89451

Re:  _Burgess et al v. Gilman et al_

Dear Lara:

In response to your letter of January 20, 2005 regarding compliance with the Preliminary Injunction Order please be advised that we did not receive that Order until January 19, 2005. Secondly, we filed our accounting with the Court on January 21, 2005.

As we have stated in the past and in our Motion for Clarification that the web-sites do not advertise the brothel in any way, they simply contain public newspaper clippings. These newspaper clippings are found on various sites all over the web. Although we disagree with your conclusion regarding the sale of souvenirs from the Mustang Ranch our client has agreed to delete that reference. Secondly, the Mustang Ranch Museum is not a brothel, it is a museum and outside of the scope of the Court's Order. Burgesses do not use the Mark for a museum. Nor has this case ever been about any other use except that for a brothel on the part of Defendants.

Please contact me once you have reviewed our Accounting filed with the Court which you will receive under separate cover.

Sincerely,
JAHN & ASSOCIATES, LLC

KIRSTIN M. JAHN
KMJ:gj
Enclosure
cc:   Lance Gilman
      Elaine Guenaga
      Michael McCue



L A W   O F F I C E   O F
# Lara Pearson, LTD.
FOCUSING EXCLUSIVELY ON INTELLECTUAL PROPERTY LAW

February 21, 2005

Sent via facsimile to: 303.545.5196

Ms. Kirstin M. Jahn, Esq.
JAHN & ASSOCIATES
1942 Broadway, Ste. 214
Boulder, CO 80304

Re:   <u>Burgess v. Gilman – contempt of preliminary injunction order</u>

Dear Kirstin:

Please be advised that we consider your clients to be in contempt of the preliminary injunction order. Specifically, your client continues to make the following uses of the Mustang Ranch mark in violation of the order:

(1) 3 different Verizon superpages.com advertisement located on the internet at:
http://yellowpages.superpages.com/listings.jsp?SRC=&STYPE=S&PG=L&R=N&C=&N=
mustang%20ranch&T=&S=NV&search=Find+It

(2) 3 different worldpages.com advertisements located on the internet at:
   a.  http://mustang-ranch.9601273513001.worldpages-ads.com/
   b.  http://mustang-ranch.9601273513002.worldpages-ads.com/
   c.  http://mustang-ranch.9601273513004.worldpages-ads.com/

(3) Current live phone listings:
   a.  775.343.1888 (advertised in new SBC phone books (white and yellow pages), phone number goes to an answering machine)
   b.  775.788.4137 (advertised on internet as Mustang Ranch & Wild Horse Resort & Spa, phone number goes to Wild Horse)

ph **775.833.1600** / fax **775.833.1474**
email **lpearson@secur-ip.com** / website **www.secur-ip.com**
**774 Mays Blvd. No. 10.  PMB 405.  Incline Village, NV 89451**

(4) Mustang Ranch signage – it is my understanding that your clients have covered up the "Mustang" portion of their Mustang Ranch sign (which incorporates the old Mustang Ranch logo), yet it remains apparent what mark the sign is advertising and your clients still light the sign up at night.

Please provide me with written confirmation that all of the aforementioned uses will cease and desist on or before 5:00 pm tomorrow (Wednesday, February 23). Further, please be advised that your clients' continued failure to comply with the preliminary injunction order shall result in our filing of a motion to hold your client in contempt.

Best regards,

Lara Pearson

cc: Elaine Guenaga
Michael McCue
David Burgess
Troy Regas

# JAHN & ASSOCIATES

PRACTICING PRIMARILY IN INTELLECTUAL PROPERTY LAW

KIRSTIN M. JAHN

Licensed in:
• New York
• Nevada
• Colorado

Nevada Office:
946 Caldwell Ave.
Reno, NV 89509
Tel: 775-348-2288
Fax: 775-348-7971

Colorado Office:
1942 Broadway Ave.
Suite 314
Boulder, CO 80302
Tel: 303-545-6130
Fax: 303-545-5196

February 22, 2005

_Via Fax_

Lara Pearson
Law Offices of Lara Pearson, Ltd.
774 Mays Blvd.
PMB 405
Incline Village, NV 89451

   Re:   _Burgess et al v. Gilman et al CV-N-03-0707_

Dear Lara:

We are in receipt of your letter of today's date and will respond as soon as we have thoroughly investigated the situation.

Sincerely,
**JAHN & ASSOCIATES, LLC**

Kirstin M. Jahn
Encl.
cc: Elaine Guenaga

**SALO-**

## 344

**MUSTANG AUTO WRECKERS . 342 0225**
Mustang Bar ..............................................

Albert ................................... 849 1896
David ................................... 786 7740
Louis ................................... 827 8204
Tracy C MD ............................. 885 8133

Andrea & Tony ......................... 331 4872
Dennis K ............................... 356 9243
Shawn & Erica ......................... 747 2671
Gerald ................................. 425 4631
Richard ................................ 827 2801
................................. 851 2817
................................. 322 4302

Dystrophy Association ................ 673 1687

................................. 856 1970
Dystrophy Association ................ 333 6789
................................. 916 921 9518
................................. 827 2086
Donald ................................ 747 5750

Shop The ............................. 329 3333
Brian & Lisa ......................... 826 7863
Coni ................................. 885 7384
Deana ................................ 857 9340
................................. 425 1692
................................. 825 6235
................................. 323 2089
Linda ................................ 971 0998
Chad & Laura ......................... 972 0118

Janne ................................ 358 3503
Jeff ................................. 831 0521
Michael ............................. 827 0239
Al ................................... 882 0884
Dorothy .............................. 885 8181
A Sr & Mary K ....................... 425 0755
................................. 883 4389
................................. 348 0842

## USIC MART
## 324-2400

................................. 324 2400
................................. 852 7618
................................. 326 5588
Brandon & Francis .................... 677 4220
................................. 832 5692
Assistance Program .................. 358 9627
................................. 831 0669
Kenneth & Mary ....................... 885 8663
Donald & Violet ...................... 826 9194
David ................................ 337 8049
................................. 624 1171
................................. 348 0664
Umiano G ............................. 624 2910
Dr David & Stephanie ................. 831 1406

**MYATT THOMAS P DDS LTD ... 329 2299**

SMARTpages.com
ow Pages

(Cont'd)

EXOTICA



**Tahoe's Exclusive Exotic Striptease Dancers**

WE COME to YOU!

☆ 2-GIRL SHOWS ☆ TOY SHOWS ☆

Bachelor/ette Parties
**800-707-6427**
**530-544-6427**
VISA MC AMEX   Tahoe/Carson/Reno   New Talent Welcome

KITTY'S CATHOUSE
.................... 246 7077

.................... 588 7447

.................... 323 1998

SAGEBRUSH RANCH
.................... 246 5683

.................... 786 1299

STARDUST RANCH .......... 289 4569

E BABES
.................... 329 9953

866 246 2666
246 9901

786 5356

800 820 2442

Active people since 1998

SBC SMART Yellow Pages

sing in the SBC SMART Yellow Pages
will put your business in
the limelight.


SBC





The Elite and Elegant Choice

## Entertainment

Amusement Places & Arcades
Art Galleries Dealers & Consultants
Ballrooms-Marinas
Bars
Billiard Parlors
Bowling
Camps-Grounds & Recreational
Vehicle Parks
Carnivals
Cocktail Lounges
Concerts
Facials & Skin Care Spas & Salons
Fashion Parties
Golf Courses Miniature
Golf Courses
Hobby & Model Supply-Retail
Luncheons Service
Movie Theatres
Museums
Night Clubs
Paintball Games & Supplies
Pizza
Race Tracks
Resorts
Restaurants
Ski Resorts
Sports Bars
Tennis Clubs-Private
Theatres-Concert Halls & Drives
Travel & Sightseeing Information
Travel Shows Expositions & Fairs
Wineries
Zoos & Wildlife Conservatories

### Entertainment Bureaus

## Entertainment Bureaus (Cont'd)

## Environmental Conservation & Ecological Organizations

## Environmental & Ecological Services

## Environmental Consultants
• Certified Environmental
  Managers
• Phase I Site Assessments
• Tank Investigations
• Remediation Design
  849-3600
5295 Louise Dr
Washoe Valley

## CHAMBERS GROUP INC
www.chambersgroupinc.com

## Environmental Conservation & Ecological Products

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
BEFORE THE HONORABLE DAVID W. HAGEN, SENIOR DISTRICT JUDGE
---oOo---

1
2

3

4   DAVID BURGESS AND INGRID          : No. CV-N-03-707-DWH (RAM)
    BURGESS, et al.,                  :
5                                     : DECEMBER 30, 2004
           Plaintiffs,               :
6                                     : Reno, Nevada
          -vs-                        :
7                                     :
    L. LANCE GILMAN, et al.,          :
8                                     :
           Defendants.                :
9

10

11

          TRANSCRIPT OF MOTION FOR PRELIMINARY INJUNCTION
12

13

14   APPEARANCES:

15   FOR THE PLAINTIFFS:        LARA PEARSON and MICHAEL McCUE
                                Attorneys at Law
16                              Reno, Nevada

17

18   FOR THE DEFENDANTS:        KIRSTEN JAHN and ELAINE GUENAGA
                                Attorneys at Law
19                              Reno, Nevada

20

21   Reported by:              Margaret E. Griener, CCR #3, RDR
                                Official Reporter
22                              400 South Virginia Street
                                Reno, Nevada 89501
23                              (775)329-9980

24

25        COMPUTER-ASSISTED TRANSCRIPTION

MARGARET E. GRIENER, RDR, CCR NO. 3, OFFICIAL REPORTER

—10—

1  rebuttal.

2  THE COURT:  All right.  You have five minutes

3  left.

4  Who will speak for the defendants?

5  MS. JAHN:  This is Kirsten Jahn, your Honor.

6  THE COURT:  All right.  Please proceed.

7  MS. JAHN:  Your Honor, I'm going to focus on the

8  abandonment issue for the same reason I believe that ownership

9  of the mark by the U.S. Government has not necessarily been

10  challenged.  There's some arguments there, but they haven't

11  been refused from our opposition brief.

12  And so we'll assume that the government received a

13  valid and enforceable mark from the forfeiture of the AGE

14  assets, and to show then that the government does not own the

15  mark, plaintiffs have to show abandonment.  As they correctly

16  stated, they have to show nonuse and intent not to resume use.

17  The nonuse carries a presumption of abandonment if

18  it's not used within three years, but plaintiffs here have

19  alleged that defendants have infringed the Mustang Ranch mark

20  in June of this year through their advertisements in May and

21  that was their first notification of the defendant's use.

22  Defendant I believe also has used in it conjunction

23  with a Yellow Page advertisement.

24  And so this Court then granted them the right to

25  amend their complaint to include a claim of infringement.

