AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

DAVID AND INGRID BURGESS,
et ux, et al,

      Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:03-cv-0707-ECR RAM**

L. LANCE GILMAN, et al,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

___ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the judgment is in favor of the Defendant, CPS, and against the Plaintiffs.

  December 18, 2006                     **LANCE S. WILSON**
                                                           Clerk

                                                              Wayne Julian
                                                            Deputy Clerk